UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

DENISE PAYNE, individually,

    Plaintiff,

v.

                              Case No.: 0:15-cv-60927-WJZ

WOMEN AT BAYVIEW, LLC, a Florida
limited liability company; VITALMD GROUP
HOLDING, LLC, a Florida limited liability
company; and, 2800 EAST COMMERCIAL,
LLC, a Florida limited liability company,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF CLAIMS AGAINST
DEFENDANT, VITALMD GROUP HOLDING, LLC**

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff, DENISE PAYNE, files this notice of voluntary dismissal without prejudice of all claims asserted against Defendant, VITALMD GROUP HOLDING, LLC, with each party to bear their own fees and costs.

**DATED** this 29th day of July, 2015.

                              Respectfully submitted,

                              **ESPINOSA | JOMARRON**
                              *Counsel for Plaintiff*
                              4300 Biscayne Boulevard, Suite 305
                              Miami, Florida 33137
                              Telephone:   (305) 717-7530
                              Facsimile:   (305) 717-7539
                              Primary e-mail: eservice@ejtrial.com
                              Secondary e-mail: despinosa@ejtrial.com
                              Secondary e-mail: tallison@ejtrial.com

                              By: */s/ Thomas C. Allison*
                                    Daniel A. Espinosa, Esq.
                                    Florida Bar No. 81686

*Payne v. Women at Bayview, LLC, et al.*
Case No.: 0:15-cv-60927-WJZ

Thomas Allison, Esq.
Florida Bar No. 35242

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2015 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system. No counsel or unrepresented parties have yet appeared in this action.

By: */s/ Thomas C. Allison*
Daniel A. Espinosa, Esq.
Florida Bar No. 81686
Thomas Allison, Esq.
Florida Bar No. 35242